IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LISA AUDIT,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-08100

Judge Jorge L. Alonso

Magistrate Judge Keri L. Holleb Hotaling

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 2 | Huang2233qingnian |
| 24 | Typruye |
| 36 | putianshixiuyuquyuetangkaiweibaihuodian |
| 45 | CIVOTIL |
| 53 | xiaojingxiemao77 |
| 57 | Country Canvas |
| 66 | putianshixiuyuquyuetangguochunlaibaihuodian |
| 67 | Heatsprits |
| 70 | xiaxia007 |
| 74 | CHangKOU |
| 75 | LuandMa |
| 76 | Nelson Xia |
| 77 | Delicious.C |
| 78 | Cammy Shengli |
| 92 | Luslya |
| 93 | DYHUU |
| 111 | Langeriy |
| 112 | Nagedi |
| 113 | abbageba |
| 123 | ICYIUU |

| | |
|---|---|
| 129 | ZHNYLAN |
| 145 | guang zhou fu da mao yi |
| 147 | Hilingoto |
| 150 | Cozy Interiors |
| 155 | NKBBCU |
| 157 | shiyuyuan! |
| 161 | iHPH7 |
| 162 | HAOMONZEN |
| 163 | WEIJUUN |
| 168 | MFJA Store |
| 174 | NCWSO |
| 175 | BADSSS |
| 177 | WRDMNBV |
| 178 | NLSDQEY |
| 180 | BONTRM |

DATED: August 23, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 23, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                */s/ Keith A. Vogt*
                                                Keith A. Vogt